(No. 1621—

CECIL T. BARTLE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 14, 1932.*

MAURICE B. JOHNSTON, for claimant.

OSCAR E. CARLSTROM, Attorney General; CARL DIETZ, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

This is an action for $5,000.00 for damages claimant alleges he sustained on account of injuries to his wife caused by a fall on the stairway of the school building in School District No. 32 of Clinton County.

The facts upon which this claim is based are the same as that of *Grace Bartle* vs. *The State*, No. 1620, and the opinion in that case governs this. The claim is denied and the case dismissed.